UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOSHUA H.,

    Plaintiff,

   -v-         6:25-CV-138

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID N. HURD
United States District Judge

## ORDER ON REPORT & RECOMMENDATION

On January 30, 2025, plaintiff Joshua H.[1] ("plaintiff") filed this action seeking review of the final decision of defendant Commissioner of Social Security ("Commissioner") denying his application for Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI") under the Social Security Act (the "Act"). Dkt. No. 1. Because plaintiff did not consent to the exercise of Magistrate Judge jurisdiction, Dkt. No. 3, the matter was referred

---

[1] In accordance with a May 1, 2018 memorandum issued by the Judicial Conference's Committee on Court Administration and Case Management and adopted as local practice in this District, only the first name and last initial of plaintiff will be mentioned in this opinion.

to U.S. Magistrate Judge Mitchell J. Katz for the issuance of a Report & Recommendation ("R&R"), Dkt. No. 4.

Thereafter, the Commissioner filed a certified copy of the Administrative Record, Dkt. No. 6, and the parties briefed the matter in accordance with General Order 18, which provides that an appeal from the Commissioner's denial of benefits should be treated as if the parties have filed cross-motions for a judgment on the pleadings, Dkt. Nos. 10, 16, 17.

On November 13, 2025, Judge Katz advised by R&R that plaintiff's motion be denied, the Commissioner's motion be granted, the Commissioner's final decision be affirmed, and that plaintiff's complaint be dismissed. Dkt. No. 18.

Plaintiff has lodged objections. Dkt. No. 19. Broadly speaking, plaintiff contends that the R&R's analysis of the opinion evidence is "flawed" because, although Judge Katz determined that the ALJ's "supportability analysis was all over the place," he nevertheless concluded that any error was harmless under the circumstances of the case. *See id*.

In response, the Commissioner explains that plaintiff's argument is too focused on particulars: although he "quibbles with the specific cases upon which the R&R relied," courts in the Northern District of New York have consistently rejected the notion that "moderate" non-exertional limitations necessarily precludes unskilled work. Dkt. No. 20.

Upon *de novo* review, Judge Katz's R&R is accepted and will be adopted in all respects. *See* 28 U.S.C. § 636(b)(1)(C). Although the R&R is quite frank about the ALJ's shortcomings, it also identified persuasive authority tending to indicate that these kind of shortcomings can be held harmless under the right circumstances. *See* Dkt. No. 18. After reviewing the R&R, the Court finds that the Commissioner's framing of the harmless error question to be more compelling here, especially in light of the fact that the ALJ's step-five finding relied on unskilled jobs.

Therefore, it is

ORDERED that

1. The Report & Recommendation (Dkt. No. 18) is ACCEPTED;

2. Plaintiff's motion is DENIED;

3. The Commissioner's motion is GRANTED;

4. The Commissioner's final decision is AFFIRMED; and

5. Plaintiff's complaint is DISMISSED.

The Clerk of the Court is directed to terminate the pending motion, enter a judgment accordingly, and close the file.

IT IS SO ORDERED.

David N. Hurd
U.S. District Judge

Dated: December 22, 2025
       Utica, New York.